UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRY ANN BRIGNOLE and GLENN BRIGNOLE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PEOPLE'S HEALTH CENTERS, INC., )<br>)<br>Defendant. ) | Cause No. 4:08CV01356 TCM |

MOTION:
Granted ✓
Denied
Overruled
Date 6pm 10/13/08

## PLAINTIFFS' REVISED VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs, by and through their undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismiss their cause against defendant People's Health Centers, Inc. **without prejudice**. Counsel for the United States of America does not object to a dismissal without prejudice pursuant to its pending Motion to Dismiss.

MEYERKORD, RINEBERG & GRAHAM, LLC

By   /s/ Steven D. Rineberg
     Steven D. Rineberg, #118566
     Attorney for Plaintiffs
     1717 Park Avenue
     St. Louis, Missouri 63104
     314-436-9958
     314-446-4700 Fax
     E-mail: sdr@meyerkordlaw.com